PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
SHAWYANE EMADI, State Bar No. 352292
semadi@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
150 South Los Robles Avenue, Suite 660
Pasadena, California 91101
Telephone No. (818) 545-1925

JS-6

Attorneys for Defendant
County of Los Angeles

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CURTIS S DOUGHTY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES,<br><br>Defendant. | Case No. 2:25-cv-02499-DMG-RAO<br><br>Honorable Dolly M. Gee<br><br>**[~~PROPOSED~~] ORDER DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE**<br><br>[FED. R. CIV. P. 41(a)(1)(a)(ii)]<br><br>[MATTER FOR DETERMINATION BY MAGISTRATE JUDGE ROZELLA A. OLIVER]<br><br>*[Stipulation filed concurrently herewith]* |

**ORDER**

Pursuant to the parties' Stipulation To Dismiss Case With Prejudice, **IT IS HEREBY ORDERED** that the above-entitled action is dismissed in its entirety, with prejudice, with each party to bear its own costs, attorneys' fees, and expenses pursuant to Federal Rules of Civil Procedure 41(a)(1)(a)(ii).

Dated: 10/06/2026

Rozella A. Oliver

HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Joy Kim, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 150 South Los Robles Avenue, Suite 660, Pasadena, CA 91101.

On October 2, 2026, I served the foregoing **[PROPOSED] ORDER DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Curtis S. Doughty
CO No. 3589-9
DSH Coalinga Unit 4
P.O. Box 5003
Coalinga, CA 93210

BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Pasadena, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 2, 2026, at Pasadena, California.

By ______________________________
Declarant